```
                       CITY OF NEW ORLEANS
                  STATEMENT OF EARNINGS & DEDUCTIONS
                  RETAIN THIS PORTION FOR YOUR RECORDS
```

RICHELLA A MAXWELL                         260601
5630 WEST FOREST ISLE DR
APT 667
NEW ORLEANS            LA       70131

| EMPLOYEE NAME - RICHELLA A MAXWELL | | | | EMPLOYEE # - BWKAM | |
|---|---|---|---|---|---|
| PERIOD ENDING | ISSUE DATE | CHECK NUMBER | AGENCY | ORGN | PAY LOCATION |
| 06/22/13 | 06/28/13 | 00056454234 | 260 | 2606 | 260601 |
| FEDERAL TAX STATUS | | | STATE TAX STATUS | | |
| 02 S | | | 01 S | | |
| TOTAL GROSS | YTD GROSS | | TOTAL DEDUCTIONS | | NET PAY |
| 1918.80 | 24944.40 | | 760.41 | | 1158.39 |

| PAY CATEGORY | HOURS | AMOUNT | DEDUCTION | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| REGULAR PAY | | 1343.16 | AA-PENSION | 115.13 | 1496.69 |
| ANNUAL LV PY | | 575.64 | CORE INS PRE | 57.23 | 743.99 |
| | | | JB-FED/TAX | 187.11 | 3221.68 |
| | | | JC-STATE TAX | 54.10 | 743.23 |
| | | | JD-FICA TAX | 115.42 | 1500.43 |
| | | | JF-MED TAX | 27.00 | 350.91 |
| | | | KE-CIVL/GARN | 204.42 | 963.42 |

| LEAVE CATEGORY | ACCRUED | USED | BALANCE |
|---|---|---|---|
| ANNUAL LEAVE | 3.30 | 21.00 | 290.30 |
| SICK LEAVE | 3.30 | 0.00 | 253.26 |

MESSAGE
NOTE RATE CHANGE IN PENSION, FICA, HOSP., & VOLUNTARY INSURANCES

```
           DIRECT DEPOSIT ADVICE ONLY   NON NEGOTIABLE
```

CITY OF NEW ORLEANS
STATEMENT OF EARNINGS & DEDUCTIONS
RETAIN THIS PORTION FOR YOUR RECORDS

RICHELLA A MAXWELL                    260601
5630 WEST FOREST ISLE DR
APT 667
NEW ORLEANS          LA      70131

| EMPLOYEE NAME - RICHELLA A MAXWELL | | | | EMPLOYEE # - BWKAM | | |
|---|---|---|---|---|---|---|
| PERIOD ENDING | ISSUE DATE | CHECK NUMBER | AGENCY | ORGN | PAY LOCATION | |
| 06/08/13 | 06/14/13 | 00056448884 | 260 | 2606 | 260601 | |
| FEDERAL TAX STATUS | | | STATE TAX STATUS | | | |
| 02  S | | | 01  S | | | |
| TOTAL GROSS | | YTD GROSS | TOTAL DEDUCTIONS | | NET PAY | |
| 1918.80 | | 23025.60 | 641.48 | | 1277.32 | |
| PAY CATEGORY | HOURS | AMOUNT | DEDUCTION | AMOUNT | YTD AMOUNT | |
| REGULAR PAY | | 1726.92 | AA-PENSION | 115.13 | 1381.56 | |
| ANNUAL LV PY | | 191.88 | CORE INS PRE | 57.23 | 686.76 | |
| | | | JB-FED/TAX | 187.11 | 3034.57 | |
| | | | JC-STATE TAX | 54.10 | 689.13 | |
| | | | JD-FICA TAX | 115.42 | 1385.01 | |
| | | | JF-MED TAX | 26.99 | 323.91 | |
| | | | KE-CIVL/GARN | 85.50 | 759.00 | |
| LEAVE CATEGORY | | ACCRUED | USED | | BALANCE | |
| ANNUAL LEAVE | | 3.30 | 7.00 | | 308.00 | |
| SICK LEAVE | | 3.30 | 0.00 | | 249.56 | |
| MESSAGE | | | | | | |
| NOTE RATE CHANGE IN PENSION, FICA, HOSP., & VOLUNTARY INSURANCES | | | | | | |

DIRECT DEPOSIT ADVICE ONLY - NON NEGOTIABLE

CITY OF NEW ORLEANS
STATEMENT OF EARNINGS & DEDUCTIONS
RETAIN THIS PORTION FOR YOUR RECORDS

RICHELLA A MAXWELL             260601
5630 WEST FOREST ISLE DR
APT 667
NEW ORLEANS            LA     70131

| EMPLOYEE NAME - RICHELLA A MAXWELL | | | EMPLOYEE # - BWKAM | | |
|---|---|---|---|---|---|
| PERIOD ENDING | ISSUE DATE | CHECK NUMBER | AGENCY | ORGN | PAY LOCATION |
| 05/25/13 | 05/31/13 | 00056443594 | 260 | 2606 | 260601 |

| FEDERAL TAX STATUS | STATE TAX STATUS |
|---|---|
| 00  S | 00  S |

| TOTAL GROSS | YTD GROSS | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1918.80 | 21106.80 | 716.86 | 1201.94 |

| PAY CATEGORY | HOURS | AMOUNT | DEDUCTION | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| REGULAR PAY | | 1918.80 | AA-PENSION | 115.13 | 1266.43 |
| | | | CORE INS PRE | 57.23 | 629.53 |
| | | | JB-FED/TAX | 258.86 | 2847.46 |
| | | | JC-STATE TAX | 57.73 | 635.03 |
| | | | JD-FICA TAX | 115.42 | 1269.59 |
| | | | JF-MED TAX | 26.99 | 296.92 |
| | | | KE-CIVL/GARN | 85.50 | 673.50 |

| LEAVE CATEGORY | ACCRUED | USED | BALANCE |
|---|---|---|---|
| ANNUAL LEAVE | 3.30 | 0.00 | 311.30 |
| SICK LEAVE | 3.30 | 0.00 | 246.26 |

MESSAGE
NOTE RATE CHANGE IN PENSION, FICA, HOSP., & VOLUNTARY INSURANCES

DIRECT DEPOSIT ADVICE ONLY - NON NEGOTIABLE

CITY OF NEW ORLEANS
STATEMENT OF EARNINGS & DEDUCTIONS
RETAIN THIS PORTION FOR YOUR RECORDS

RICHELLA A MAXWELL  260601
5630 WEST FOREST ISLE DR
APT 667
NEW ORLEANS    LA   70131

EMPLOYEE NAME - RICHELLA A MAXWELL         EMPLOYEE # - BWKAM

| PERIOD ENDING | ISSUE DATE | CHECK NUMBER | AGENCY | ORGN | PAY LOCATION |
|---|---|---|---|---|---|
| 05/11/13 | 05/17/13 | 00056435584 | 260 | 2606 | 260601 |

FEDERAL TAX STATUS     STATE TAX STATUS
   00   S                  00   S

| TOTAL GROSS | YTD GROSS | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1918.80 | 19188.00 | 716.86 | 1201.94 |

| PAY CATEGORY | HOURS | AMOUNT | DEDUCTION | AMOUNT | YTD AMOUNT |
|---|---|---|---|---|---|
| REGULAR PAY | | 1918.80 | AA-PENSION | 115.13 | 1151.30 |
| | | | CORE INS PRE | 57.23 | 572.30 |
| | | | JB-FED/TAX | 258.86 | 2588.60 |
| | | | JC-STATE TAX | 57.73 | 577.30 |
| | | | JD-FICA TAX | 115.41 | 1154.17 |
| | | | JF-MED TAX | 27.00 | 269.93 |
| | | | KE-CIVL/GARN | 85.50 | 588.00 |

| LEAVE CATEGORY | ACCRUED | USED | BALANCE |
|---|---|---|---|
| ANNUAL LEAVE | 3.30 | 0.00 | 308.00 |
| SICK LEAVE | 3.30 | 0.00 | 242.56 |

MESSAGE
NOTE RATE CHANGE IN PENSION, FICA, HOSP., & VOLUNTARY INSURANCES

DIRECT DEPOSIT ADVICE ONLY - NON NEGOTIABLE